Date signed April 03, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| **In re:** | : | |
| **Mastercraft Interiors, Ltd.** | : | Case no. 06-12769-PM |
| **Kimels of Rockville, Inc.** | | Chapter 11 |
| | : | |
| **Debtors.** | | |

### Memorandum to Counsel

On March 29, 2007, Estelle B. Gauda filed a response to the amended schedules filed by Debtors on March 1, 2007 in which she is listed as a creditor in the amount of $0.00. In her response, Ms. Gauda stated that she filed a proof of claim in this case for $2,332.76. According to the court's docket, her claim was docketed as claim number 394, and was filed on June 6, 2006. If Debtors' counsel believes that the amount of Estelle Gauda's claim is $0.00, as reflected in Debtors' amended schedules, an objection to claim should be filed.

cc:    Debtors
       Debtors' counsel
       Estelle Gauda
       United States Trustee

### End of Memorandum